AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ericksen, Joan N. | U.S. District Court - Minnesota | 04/21/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Attorney Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2010 to 12/31/2010 |
|---|---|---|
| 7. Chambers or Office Address  12W United States Courthouse  300 South Fourth Street  Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Friends of the Children Foundation |
| 2. Board | Federal Bar Association |
| 3. Rules of Evidence Committee | Judicial Conference |
| 4. Board of Directors | Minnesota Lawyer |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Minnesota State Judge Retirement Plan - former employer - no control |
| 2. | |
| 3. | |

RECEIVED 2011 MAY 16 A 10: 04 FINANCIAL DISCLOSURE OFFICE

**Ericksen , Joan N.**

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/21/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan 2010 | Teaching - University of St Thomas | $9,000.00 |
| 2. Aug 2010 | Teaching - University of St Thomas | $9,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | 4-29-2010 | Santa Fe, NM | Evidence Drafting Committee | Transportation, meals, hotel |
| 2. | GW University Law School | 5-11-2010 | Washington D.C. | Symposium | Transportation, meals, hotel |
| 3. | William Mitchell College of Law | June 2010 | London, England | Teaching | Transportation, meals, hotel |
| 4. | National Conference of Bar Examiners | 11-11-2010 | St. Thomas, Virgin Islands | Evidence Drafting Committee | Transportation, meals, hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/21/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide Bank | Mortgage | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Minnesota State Retirement System - Judges' Retirement Plan | | None | M | T | | | | | |
| 2. | Putnam Int'l Capital Opportunities (PNVAX) | | | | | Sold (part) | 02/02/10 | J | A | |
| 3. | Putnam Int'l Capital Opportunities (PNVAX) | | | | | Sold | 05/25/10 | J | A | |
| 4. | Putnam Int'l Capital Opportunities (PNVAX) | A | Int./Div. | J | T | Buy | 02/03/10 | J | | |
| 5. | Vanguard Mid Cap Growth (VOT) | A | Int./Div. | J | T | Sold (part) | 05/25/10 | J | B | |
| 6. | Vanguard Mid Cap Value (VOE) | A | Int./Div. | J | T | Sold (part) | 05/25/10 | J | C | |
| 7. | Vanguard Mid Cap Value (VOE) | | | | | Buy | 05/25/10 | J | | |
| 8. | Vanguard Growth (VUG) | A | Int./Div. | K | T | Buy | 05/25/10 | J | | |
| 9. | Vanguard Value (VTV) | A | Int./Div. | K | T | Buy (add'l) | 05/25/10 | J | | |
| 10. | Oppenheimer Int'l Bond (OIBAX) | | | | | Buy (add'l) | 05/25/10 | J | | |
| 11. | Oppenheimer Int'l Bond (OIBAX) | | | | | Sold | 05/25/10 | K | | |
| 12. | Oppenheimer Int'l Bond (OIBAX) | B | Int./Div. | L | T | | | | | |
| 13. | Columbia High Yield (INEAX) | C | Int./Div. | K | T | | | | | |
| 14. | Invesco Global Real Estate (AGREX) | B | Int./Div. | K | T | | | | | |
| 15. | Invesco Global Real Estate | A | Int./Div. | J | T | | | | | |
| 16. | Franklin MN Tax Free (FMINX) | A | Int./Div. | K | T | | | | | |
| 17. | Franklin HY Tax Free (FRHIX) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Oppenheimer Rochester Nat'l Muni (ORNAX) | A | Int./Div. | J | T | | | | | |
| 19. Oppenheimer Developing Markets (ODMAX) | A | Int./Div. | K | T | | | | | |
| 20. Pimco Commodity Real Return Strategy (PCRAX) | B | Int./Div. | K | T | | | | | |
| 21. Invesco Global Real Estate (AGREX) | | | | | Buy (add'l) | 05/25/10 | J | | |
| 22. UMB Scout Int'l (UMBWX) | A | Int./Div. | J | T | Buy | 05/25/10 | J | | |
| 23. iShares Barclays TIPS (TIP) | | | | | Sold | 05/25/10 | J | A | |
| 24. Credit Suisse Commodity Return Strategy (CRSAX) | A | Int./Div. | J | T | | | | | |
| 25. iShares iBoxx Invest-Grade Corp (LQD) | A | Int./Div. | J | T | | | | | |
| 26. Oppenheimer Main Street Small Cap (OPMSX) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/21/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Ericksen, Joan N. | 2. Court or Organization<br><br>U.S. District Court - Minnesota | 3. Date of Report<br><br>04/21/2011 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Attorney Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>12W United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |  |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Friends of the Children Foundation |
| 2. Board | Federal Bar Association |
| 3. Rules of Evidence Committee | Judicial Conference |
| 4. Board of Directors | Minnesota Lawyer |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Minnesota State Judge Retirement Plan - former employer - no control |
| 2. | |
| 3. | |

Ericksen , Joan N. A

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/21/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan 2010 | Teaching - University of St Thomas | $9,000.00 |
| 2. Aug 2010 | Teaching - University of St Thomas | $9,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | 4-29-2010 | Santa Fe, NM | Evidence Drafting Committee | Transportation, meals, hotel |
| 2. | GW University Law School | 5-11-2010 | Washington D.C. | Symposium | Transportation, meals, hotel |
| 3. | William Mitchell College of Law | June 2010 | London, England | Teaching | Transportation, meals, hotel |
| 4. | National Conference of Bar Examiners | 11-11-2010 | St. Thomas, Virgin Islands | Evidence Drafting Committee | Transportation, meals, hotel |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide Bank | Mortgage | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Minnesota State Retirement System - Judges' Retirement Plan | | None | M | T | | | | | |
| 2. | Putnam Int'l Capital Opportunities (PNVAX) | | | | | Sold (part) | 02/02/10 | J | A | |
| 3. | Putnam Int'l Capital Opportunities (PNVAX) | | | | | Sold | 05/25/10 | J | A | |
| 4. | Putnam Int'l Capital Opportunities (PNVAX) | A | Int./Div. | J | T | Buy | 02/03/10 | J | | |
| 5. | Vanguard Mid Cap Growth (VOT) | A | Int./Div. | J | T | Sold (part) | 05/25/10 | J | B | |
| 6. | Vanguard Mid Cap Value (VOE) | A | Int./Div. | J | T | Sold (part) | 05/25/10 | J | C | |
| 7. | Vanguard Mid Cap Value (VOE) | | | | | Buy | 05/25/10 | J | | |
| 8. | Vanguard Growth (VUG) | A | Int./Div. | K | T | Buy | 05/25/10 | J | | |
| 9. | Vanguard Value (VTV) | A | Int./Div. | K | T | Buy (add'l) | 05/25/10 | J | | |
| 10. | Oppenheimer Int'l Bond (OIBAX) | | | | | Buy (add'l) | 05/25/10 | J | | |
| 11. | Oppenheimer Int'l Bond (OIBAX) | | | | | Sold | 05/25/10 | K | | |
| 12. | Oppenheimer Int'l Bond (OIBAX) | B | Int./Div. | L | T | | | | | |
| 13. | Columbia High Yield (INEAX) | C | Int./Div. | K | T | | | | | |
| 14. | Invesco Global Real Estate (AGREX) | B | Int./Div. | K | T | | | | | |
| 15. | Invesco Global Real Estate | A | Int./Div. | J | T | | | | | |
| 16. | Franklin MN Tax Free (FMINX) | A | Int./Div. | K | T | | | | | |
| 17. | Franklin HY Tax Free (FRHIX) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Rochester Nat'l Muni (ORNAX) | A | Int./Div. | J | T | | | | | |
| 19. Oppenheimer Developing Markets (ODMAX) | A | Int./Div. | K | T | Buy | 04/29/10 | J | | |
| 20. Oppenheimer Developing Markets (ODMAX) | | | | | Buy (add'l) | 07/13/10 | J | | |
| 21. Pimco Commodity Real Return Strategy (PCRAX) | B | Int./Div. | K | T | | | | | |
| 22. Invesco Global Real Estate (AGREX) | | | | | Buy (add'l) | 05/25/10 | J | | |
| 23. UMB Scout Int'l (UMBWX) | A | Int./Div. | J | T | Buy | 05/25/10 | J | | |
| 24. iShares Barclays TIPS (TIP) | A | Int./Div. | J | T | Sold | 05/25/10 | J | A | |
| 25. Credit Suisse Commodity Return Strategy (CRSAX) | A | Int./Div. | J | T | | | | | |
| 26. iShares iBoxx Invest-Grade Corp (LQD) | A | Int./Div. | J | T | | | | | |
| 27. Oppenheimer Main Street Small Cap (OPMSX) | | None | J | T | | | | | |
| 28. Ameriprise Money Market | A | Interest | J | T | | | | | |
| 29. Fidelity Adv 529 2010 C | | None | K | T | | | | | |
| 30. Minnesota Deferred Comp Plan | | | | | Distributed | 01/04/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/21/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544